373 A.2d 1139

Commonwealth v. Tattersall, Appellant.

Submitted December 6, 1976. Basil G. Russin, Assistant Public Defender, for

appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.